UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARK DEPREY,

        Plaintiff,

v.                                                 Case No. 10-C-805

EARL HYLOK,

        Defendant.

**ORDER FOR DEFAULT JUDGMENT**

Defendant Earl Hylok was served with the complaint in this action on September 29, 2010. He has not filed an answer or otherwise appeared. On May 11, 2011, Plaintiff moved for entry of default judgment against Hylok. Plaintiff seeks some $87,244.61, which comprises contribution, compensatory and punitive damages, as well as attorney's fees and other costs. These damages were specified in the complaint. In short, they flow from Defendant Hylok's taking of some $12,062.51 from a partnership and his failure to pay his fair share (40%) of an $85,000 franchise termination fee. I am satisfied that judgment should be entered against the Defendant. The complaint sets forth the basis for relief, and Wis. Stat. § 895.446(3) provides for treble exemplary damages for the amount of loss (three times $12,062.51). The attorney's fees are also reasonable. Accordingly, the motion for default judgment is **GRANTED**. Judgment will be entered in favor of Plaintiff and against Defendant in the amount of $87,244.61.

**SO ORDERED** this  27th  day of June, 2011.

                                                                s/ William C. Griesbach
                                                                 William C. Griesbach
                                                                 United States District Judge